Date: 06/03/11

Page: 1

## DIVIDENDS REMITTED TO THE COURT

Check Number 112 Dated 06/03/11
Case Number 10-32814 - WILKERSON, SCOTT R

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for World Financial Network National Bank As Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872<br>  FINAL DISTRIBUTION<br>  6785 | 000001 | 194.17 | 3.62 |
| ---------- Remittance Total --------------- | | 194.17 | 3.62 |

*John A. Hedback, Trustee*



COURT1

Printed: 06/03/11 10:10 AM    Ver: 16.02b